# EXHIBIT A

# The Commonwealth of Massachusetts

TRIAL COURT OF THE COMMONWEALTH
BOSTON MUNICIPAL COURT DEPARTMENT - CENTRAL DIVISION
EDWARD W. BROOKE COURT HOUSE, ROOM 6-540
24 NEW CHARDON STREET
BOSTON, MASSACHUSETTS 02114

RECEIVED
MAY -7 2013
LAW DEPT.

Small Claims No.  **2013 01 SC 001181**

GC SERVICE LIMITED PARTNERSHIP
6330 Gulfton
Houston, TX 77081

RECEIVED
MAY 07 2013
PAYROLL

Re:  **PAUL JONES vs. GC SERVICE LIMITED PARTNERSHIP**

## NOTICE OF SCHEDULED APPEARANCE

You are hereby notified that the above captioned action will be in order:

    for:    **TRIAL: SMALL CLAIMS MAGISTRATE HEARING**

    on:    **June 06, 2013**

    at:    **2:00 pm**

    in:    **MAGISTRATE'S COURTROOM, FIRST FLOOR.**

Please refer to plaintiff's "Statement of Small Claim", a copy of which is attached.

Dated at Boston, Massachusetts, this:  May 2, 2013.

*Daniel J Hogan*

CLERK / MAGISTRATE.

| STATEMENT OF SMALL CLAIM AND NOTICE OF TRIAL | For Court Use Only | DOCKET NO. 1355C1181 | Trial Court of Massachusetts Small Claims Session |
|---|---|---|---|

**PART 1**
- ☐ BOSTON MUNICIPAL COURT
- ☐ DISTRICT COURT _____ Division
- ☐ HOUSING COURT _____ Division

**PART 2 — PLAINTIFF'S NAME, ADDRESS, ZIP CODE AND PHONE**
Paul Jones
60 State St
Bos, MA 02
PHONE NO: 888-655-3004

PLAINTIFF'S ATTORNEY (if any)
Name: _____
Address: _____
PHONE NO: _____  BBO NO: _____

**PART 3 — DEFENDANT'S NAME, ADDRESS, ZIP CODE AND PHONE**
GC Service limited Partnership
6330 Gulfton
Houston, TX 77081
PHONE NO: 877-710-8001

ADDITIONAL DEFENDANT (if any)
Name: _____
Address: _____
PHONE NO: _____

BMC SMALL CLAIMS MAY 2 '13

**PART 4 — PLAINTIFF'S CLAIM.** The defendant owes $7000.00 plus $150.00 court costs for the following reasons: (Plaintiff Demand Triple Damages)

Defendant violated the MGL 93A by not answering Plaintiffs MGL 93A Demand letter that was sent to Defendant on or about 03/27/13 for violation of the Telephone Consumer Practices Act & Mass wiretapping laws. Defendant called Plaintiff on May 25, 2012 & May 31, 2012 on his wireless phone # and Plaintiff was charged for the call & Defendants call stated when Plaintiff answered the call that "This call may be monitored or recorded" which is a violation of MGL 93A, TCPA & Mass Wire Tapp Law

SIGNATURE OF PLAINTIFF  X Paul Jones    DATE: May 2, 2013

**PART 5 — MEDIATION:** Mediation of this claim may be available prior to trial if both parties agree to discuss the matter with a mediator, who will assist the parties in trying to resolve the dispute on mutually agreed to terms. The plaintiff must notify the court if he or she desires mediation; the defendant may consent to mediation on the trial date.
☐ The plaintiff is willing to attempt to settle this claim through court mediation.

**PART 6 — MILITARY AFFIDAVIT:** The plaintiff states under the pains and penalties of perjury that the:
☒ above defendant(s) is (are) not serving in the military and at present live(s) or work(s) at the above address.
☐ above defendant(s) is (are) serving in the military

X Paul Jones
SIGNATURE OF PLAINTIFF    DATE

**NOTICE TO DEFENDANT:**
You are being sued in Small Claims Court by the above named plaintiff. You are directed to appear for trial of this claim on the date and time noted to the right.

If you wish to settle this claim before the trial date, you should contact the plaintiff or the plaintiff's attorney.

SEE ADDITIONAL INSTRUCTIONS ON THE BACK OF THIS FORM

NAME AND ADDRESS OF COURT: _____
DATE AND TIME OF TRIAL: _____ AT _____
DATE _____ TIME _____ ROOM NO. _____

BOTH THE PLAINTIFF AND THE DEFENDANT MUST APPEAR AT THIS COURT ON THE DATE AND TIME SPECIFIED

FIRST JUSTICE _____  CLERK-MAGISTRATE OR DESIGNEE _____

**INSTRUCTIONS FOR FILING A SMALL CLAIM** — You must complete Parts 1-6 of this form. See instructions on reverse.

DC-SC-1 (10/09)   ATENCION: ESTE ES UN AVISO OFICIAL DE LA CORTE. SI USTED NO SABE LEER INGLÉS, OBTENGA UNA TRADUCCIÓN.