UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAUL JONES,

Plaintiff,                                              Case No:1:13-CV-11281-FDS

Defendants

GC Services Limited Partnership

## REQUEST FOR VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COMES the Plaintiff (Paul Jones) and freely and voluntarily request the court to dismiss this action against GC Services Limited Partnership (GC Services). Plaintiff and Defendant (GC Services) have settled their differences in this matter and Plaintiff seeks to dismiss defendant GC Services from the Lawsuit on this 11th day of September 2013 with prejudice.

Respectfully Submitted

Paul Jones

572 Park Street

Stoughton, Ma 02072

Pj22765@gmail.com

617-939-5417

Hinshaw & Culbertson LLP

28 State Street

24th Floor

Boston, MA 02109

617-213-7000

Fax: 617-213-7001

Email: aschneiderman@hinshawlaw.com